Hearing Date: August 12, 2010
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 744
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | |
|---|---|
| In re: | §     Chapter 7 |
| | § |
| WASHINGTON, EARL | §     Case No. 09-10344 |
| WASHINGTON, TASYA AYESHA | § |
| | §     Hon. Carol A. Doyle |
| Debtors | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Payments to the debtor

    Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 09-10344 | CAD | Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WASHINGTON, EARL | | | Date Filed (f) or Converted (c): | 03/25/09 (f) |
| | WASHINGTON, TASYA AYESHA | | | 341(a) Meeting Date: | 05/01/09 |
| For Period Ending: | 06/12/10 | | | Claims Bar Date: | 08/19/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary residence at 18801 Avers Avenue, Flossmoor | 175,000.00 | 0.00 | | 0.00 | FA |
| 2. Rental property at 19355 Rutherford, Detroit, MI. | 73,000.00 | 0.00 | | 0.00 | FA |
| 3. Rental property at 14790 Liberal, Detroit, MI. Pur | 67,000.00 | 0.00 | | 0.00 | FA |
| 4. Rental property at 18640 Sawyer, Detroit, MI. Purc | 79,500.00 | 0.00 | | 0.00 | FA |
| 5. Rental property at 8 Whitewood, Homosassa, FL. Pur | 207,000.00 | 0.00 | | 0.00 | FA |
| 6. Rental property at 521 Ferguson, Humble, TX. Purch | 204,000.00 | 0.00 | | 0.00 | FA |
| 7. Rental property at 525 Ferguson, Humble, TX. Purch | 204,000.00 | 0.00 | | 0.00 | FA |
| 8. Timeshare with SilverLeaf Resorts, 18270 Singing W | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 9. Timeshare with Silverleaf Resorts-Holiday Hills, 2 | 10,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 10. Checking account at Park National Bank. | 1,000.00 | 606.77 | | 606.77 | 0.00 |
| Debtors provided copy of bank statement as of petition date; turning over nonexempt proceeds to Trustee | | | | | |
| 11. Checking account at Marquette Bank. | 1,200.00 | 207.86 | | 207.86 | 0.00 |
| Debtors provided copy of bank statement as of petition date; turning over nonexempt proceeds to Trustee | | | | | |
| 12. Savings account at NuMark Credit Union. | 500.00 | 260.15 | | 260.15 | 0.00 |
| Debtors provided copy of bank statement as of petition date; turning over nonexempt proceeds to Trustee | | | | | |
| 13. Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 14. Life insurance through Husband's Employer | 0.00 | 0.00 | | 0.00 | FA |
| 15. 401(k) through Husband's Employer | 124,146.00 | 0.00 | | 0.00 | FA |
| 16. 12 shares of YUM stock. | 500.00 | 500.00 | | 789.14 | FA |
| stock liquidated and proceeds turned over to Trustee | | | | | |
| 17. Expected 2008 tax refund | 5,000.00 | 3,266.00 | | 3,266.00 | FA |
| Non-exempt proceeds of 2008 tax refunds turned over by Debtor | | | | | |
| 18. 1997 Ford Taurus. 166,000 miles. | 1,500.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

Ver: 15.08

Case 09-10344   Doc 53   Filed 07/08/10   Entered 07/08/10 14:28:14   Desc Main
Document      Page 4 of 13

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 09-10344 | CAD | Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WASHINGTON, EARL | | | Date Filed (f) or Converted (c): | 03/25/09 (f) |
| | WASHINGTON, TASYA AYESHA | | | 341(a) Meeting Date: | 05/01/09 |
| | | | | Claims Bar Date: | 08/19/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. 2005 Dodge Caravan. 122,000 miles. | 5,000.00 | 0.00 | | 0.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.08 | Unknown |
| TOTALS (Excluding Unknown Values) | $1,161,346.00 | $4,840.78 | | $5,131.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Obtained turnover of tax refund; Paid debtor exemption in same. Reviewing information on Branson timeshare. Did not hire counsel. Bar date expired 8/19/09. Trustee identified additional nonexempt assets; received turnover of stock account; Trustee obtained turnover of non-exempt funds in bank account; conferred with accountant re Estate tax returns; preparing TFR

Initial Projected Date of Final Report (TFR): 09/30/10     Current Projected Date of Final Report (TFR): 09/30/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-10344 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | WASHINGTON, EARL | Bank Name: | Bank of America, N.A. |
| | WASHINGTON, TASYA AYESHA | Account Number / CD #: | *******6147 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5286 | | |
| For Period Ending: | 06/12/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 05/12/09 | 17 | Earl & Ayesha Washington | Income Tax Refund | 1124-000 | 3,266.00 | | 3,266.00 |
| | | 18801 Aver Avenue | | | | | |
| | | Flossmoor, IL 60422 | | | | | |
| C 05/29/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 3,266.03 |
| C 06/30/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,266.12 |
| C 07/31/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,266.20 |
| C 08/31/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,266.28 |
| C 09/30/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,266.36 |
| C 10/30/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,266.44 |
| C 11/30/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,266.52 |
| C 12/31/09 | 16 | Ayesha Washington | Proceeds of Sale of Stock | 1129-000 | 789.14 | | 4,055.66 |
| | | Marquette Bank Cashier's Check | | | | | |
| C 12/31/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 4,055.74 |
| C 01/29/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 4,055.83 |
| C 02/26/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 4,055.92 |
| C t 03/03/10 | | Transfer to Acct #*******6309 | Bank Funds Transfer | 9999-000 | | 0.92 | 4,055.00 |
| | | | Transfer funds for bond premium payment. | | | | |
| C t 03/04/10 | | Transfer to Acct #*******6309 | Bank Funds Transfer | 9999-000 | | 2.53 | 4,052.47 |
| C 03/31/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,052.58 |
| C 04/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,052.68 |
| C 05/28/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 4,052.77 |
| C 06/08/10 | * NOTE * | EARL WASHINGTON | Proceeds of Debtor's Accounts | 1129-000 | 1,074.78 | | 5,127.55 |
| | | 18801 Avers Ave. | | | | | |
| | | Flossmoor, Il 60422 | * NOTE * Properties 10, 11, 12 | | | | |

FORM 2

Page: 2

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-10344 -CAD | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | WASHINGTON, EARL | | Bank Name: | Bank of America, N.A. |
| | WASHINGTON, TASYA AYESHA | | Account Number / CD #: | *******6147 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5286 | | | |
| For Period Ending: | 06/12/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| | Account *******6147 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 3 | Deposits | 5,129.92 | 0 | Checks | 0.00 |
| | 13 | Interest Postings | 1.08 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 3.45 |
| | | Subtotal | $ 5,131.00 | | | |
| | | | | | Total | $ 3.45 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 5,131.00 | | | |

FORM 2

Page: 3

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-10344 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | WASHINGTON, EARL | Bank Name: | Bank of America, N.A. |
| | WASHINGTON, TASYA AYESHA | Account Number / CD #: | *******6309 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5286 | | |
| For Period Ending: | 06/12/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 03/03/10 | | Transfer from Acct #*******6147 | Bank Funds Transfer | 9999-000 | 0.92 | | 0.92 |
| | | | Transfer funds for bond premium payment. | | | | |
| C 03/03/10 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 0.92 | 0.00 |
| | | 701 Poydras Street #420 | Annual premium payment - 2010 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| C t 03/04/10 | | Transfer from Acct #*******6147 | Bank Funds Transfer | 9999-000 | 2.53 | | 2.53 |
| C 03/04/10 | 001002 | International Sureties | Bond Premium Payment (2nd Check) | 2300-000 | | 2.53 | 0.00 |
| | | 701 Poydras Street #420 | Balance Owing on 2010 annual premium | | | | |
| | | New Orleans, LA 70139 | Bond # 016026455 | | | | |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******6309 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | 2 | Checks | 3.45 |
| | 0 Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 3.45 |
| | 0 Adjustments In | 0.00 | | | |
| | 2 Transfers In | 3.45 | | | |
| | Total | $ 3.45 | | | |

LFORM2T4 UST Form 101-7-TFR (9/1/2009) (Page: 7)

Ver: 15.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 09-10344 -CAD | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | WASHINGTON, EARL | | Bank Name: | Bank of America, N.A. |
| | WASHINGTON, TASYA AYESHA | | Account Number / CD #: | *******6309 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5286 | | | |
| For Period Ending: | 06/12/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | |
| 3 Deposits | 5,129.92 | 2 Checks | 3.45 |
| 13 Interest Postings | 1.08 | 0 Adjustments Out | 0.00 |
| | | 2 Transfers Out | 3.45 |
| Subtotal | $ 5,131.00 | | |
| | | Total | $ 6.90 |
| 0 Adjustments In | 0.00 | | |
| 2 Transfers In | 3.45 | | |
| Total | $ 5,134.45 | Net Total Balance | $ 5,127.55 |

LFORM2T4 UST Form 101-7-TFR (9/1/2009) *(Page: 8)*

Ver: 15.08

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-10344 | | Page 1 | | Date: June 12, 2010 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: | WASHINGTON, EARL | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 001 2100-00 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $1,263.09 | $0.00 | $1,263.09 |
| | Subtotal for Class Administrative | | | $1,263.09 | $0.00 | $1,263.09 |
| 000001 070 7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $16,060.20 | $0.00 | $16,060.20 |
| 000002 070 7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $19,213.96 | $0.00 | $19,213.96 |
| 000003 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | for Citibank | $5,482.04 | $0.00 | $5,482.04 |
| 000004 070 7100-00 | AMERICAN INFOSOURCE LP AS<br>AGENT FOR<br>CACH LLC<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | As agent for CACH LLC | $9,750.09 | $0.00 | $9,750.09 |
| 000005 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | for Bank of America | $1,932.58 | $0.00 | $1,932.58 |
| 000006 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | for Bank of America | $58,066.93 | $0.00 | $58,066.93 |
| 000007 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | for Bank of America | $10,974.92 | $0.00 | $10,974.92 |
| | Subtotal for Class Unsecured | | | $121,480.72 | $0.00 | $121,480.72 |
| | Case Totals: | | | $122,743.81 | $0.00 | $122,743.81 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-10344
Case Name: WASHINGTON, EARL
           WASHINGTON, TASYA AYESHA
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $_____ | $_____ |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *DISCOVER BANK* | $ | $ |
| *000002* | *CHASE BANK USA* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003* | *PYOD LLC, SUCCESSOR/ASSIGNEE CITIBANK* | $ | $ |
| *000004* | *AMER INFOSOURCE LP, AGENT FOR CACH* | $ | $ |
| *000005* | *FIA CARD SERVICES, NA/BANK OF AMERICA* | $ | $ |
| *000006* | *FIA CARD SERVICES, NA/BANK OF AMERICA* | $ | $ |
| *000007* | *FIA CARD SERVICES, NA/BANK OF AMERICA* | $ | $ |

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                          *Allowed Amt. of Claim*   *Proposed Payment*

_____   _____   $_____   $_____

_____   _____   $_____   $_____

_____   _____   $_____   $_____

The amount of surplus returned to the debtor after payment of all claims and interest is $         .