Hearing Date: August 12, 2010
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 742
   Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| WASHINGTON, EARL | § | Case No. 09-10344 |
| WASHINGTON, TASYA AYESHA | § | |
| | § | Hon. Carol A. Doyle |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn, 7th Floor
      Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
      10:30 a.m.
       on August 12, 2010
       in Courtroom  742, U.S. Courthouse
       219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                                 Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| WASHINGTON, EARL | § | Case No. 09-10344 |
| WASHINGTON, TASYA AYESHA | § | |
| | § | Hon. Carol A. Doyle |
| Debtors | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 5,131.00 |
| *and approved disbursements of* | $ | 3.45 |
| *leaving a balance on hand of*[1] | $ | 5,127.55 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 1,263.09 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Fees: _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: _____ | $_____ | $_____ |
| Attorney for: _____ | $_____ | $_____ |
| Accountant for: _____ | $_____ | $_____ |
| Appraiser for: _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 121,480.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | DISCOVER BANK | $ 16,060.20 | $ 510.90 |
| 000002 | CHASE BANK USA | $ 19,213.96 | $ 611.22 |
| 000003 | PYOD LLC, SUCCESSOR/ASSIGNEE CITIBANK | $ 5,482.04 | $ 174.39 |
| 000004 | AMER INFOSOURCE LP, AGENT FOR CACH | $ 9,750.09 | $ 310.16 |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 1,932.58 | $ 61.48 |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 58,066.93 | $ 1,847.18 |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 10,974.92 | $ 349.13 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**Notice Recipients**

District/Off: 0752−1 User: driddick Date Created: 7/9/2010
Case: 09−10344 Form ID: pdf006 Total: 46

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
13696517 CACH, LLC
TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Earl Washington   18801 Avers Avenue   Flossmoor, IL 60422
jdb   Tasya Ayesha Washington   18801 Avers Avenue   Flossmoor, IL 60422
tr    Joseph A Baldi, Tr   Joseph Baldi &Associates   19 S Lasalle Street Suite 1500   Chicago, IL 60603
aty   Angie S Lee   Attorney Angie Lee LLC   4747 W. Lincoln Mall Drive   Suite 410   Matteson, Il 60443
13696513   ACL   PO Box 27901   Milwaukee, WI 53227
14196068   AMERICAN INFOSOURCE LP AS AGENT FOR   CACH LLC   PO Box 248838   Oklahoma City, OK 73124−8838
13696512   Account Recovery Service, Inc.   3031 N. 114th St.   Milwaukee, WI 53222
13696514   Advocate −South Suburban Hospital   17800 Kedzie Ave.   Attn: Billing   Hazel Crest, IL 60429
13696515   Bank of America   4060 Ogletown Stan   DES−019−03−07   Newark, DE 19713
13696516   CAC Financial Corp   2601 NW Expressway   Suite 100 East   Oklahoma City, OK 73112−7236
14017107   CHASE BANK USA   C O WEINSTEIN AND RILEY, PS   2001 WESTERN AVENUE, STE 400   SEATTLE, WA 98121
13696518   Capital One   Attn: General Correspondence   PO Box 30285   Salt Lake City, UT 84130−0289
13696519   Cardworks Servicing LLC   PO Box 23356   Pittsburgh, PA 15222
13696520   Central DuPage Hospital   25 N. Winfield Road   Winfield, IL 60190−1295
13696521   Chase   800 Brooksedge Blvd.   Westerville, OH 43081
13696522   Chase Manhattan Mortgage   Attn: Research Dept.   3415 Vision Dr.   Columbus, OH 43219
13696523   Citibank   701 E. 60th St. N   Sioux Falls, SD 57104
13696524   Coface Collections North America   PO Box 8510   Metairie, LA 70011−8510
13696525   Countrywide Home Lending   Attn: Litigation Intake, MS   AC−11B, 5220 Las Virgenes Rd.   Calabasas, CA 91302
13696526   Creditors Interchange   80 Holtz Drive   Buffalo, NY 14225
13957207   DISCOVER BANK   DFS Services LLC   PO Box 3025   New Albany, Ohio 43054−3025
13754667   DTE Energy   P O Box 740786   Cincinnati, OH 45274
13696527   Discover Financial Services LLC   PO Box 15316   Wilmington, DE 19850−5316
13696528   E*Trade HELOC   c/o CLC Consumer Services   PO Box 747054   Pittsburgh, PA 15274−7054
13696529   EMC Mortgage Corp   800 State Highway   121 BYP   Lewisville, TX 75067−4180
14213511   FIA CARD SERVICES, NA/BANK OF AMERICA   BY AMERICAN INFOSOURCE LP AS ITS AGENT   PO Box 248809   Oklahoma City, OK 73124−8809
13696530   Falso Solutions, LLC   1 First American Way   Westlake, TX 76262
13696531   Festive Resorts   One Vance Gap Road   Asheville, NC 28805
13696532   Fifth Third Bank   38 Fountain Square   Cincinnati, OH 45202
13696533   First Source Advantage   205 Bryant Woods South   Buffalo, NY 14228
13696534   Lender Ltd.   7789 East M−36   Whitmore Lake, MI 48189
13696535   Midwest Diagnostic Pathology, SC   75 Remittance Dr. Ste. 3070   Chicago, IL 60675−3070
13696536   Midwest Neoped Assoc., LTD   900 Jorie Blvd.   Suite 186   Oak Brook, IL 60523−3808
13696537   Nationwide Credit, Inc.   2015 Vaughn Rd.   Bld. 400   Kennesaw, GA 30144−7801
13696538   Ocwen Loan Servicing, LLC   12650 Ingenuity Dr.   Orlando, FL 32826
13696539   One Nation Financial   38707 7 Mile Road   Suite 195   Livonia, MI 48152
14028409   PYOD LLC its successors and assigns as assignee of   Citibank   c/o Resurgent Capital Services   PO Box 19008   Greenville, SC 29602−
13696540   Reproductive Health Associates   17850 S. Kedzie   Suite 100   Hazel Crest, IL 60429
13696541   Souma Diagnostics, Ltd.   c/o PBP   PO Box 11690   Chicago, IL 60611−1690
13696542   Sunrise Credit Services, Inc.   260 Airport Plaza   PO Box 9100   Farmingdale, NY 11735−9100
13696543   The CBE Group, Inc.   PO Box 2635   Waterloo, IA 50704−2635
13696544   Viking Collection Service   7500 Office Ridge Circle   Eden Prairie, MN 55344−3678
13754668   Village of Flossmoor   2800 Flossmoor Rd   Flossmoor, IL 60422
13696545   Wachovia Mortgage FSB   1100 Corporate Cen   Raleigh, NC 27607−5066
13696546   Weltman, Weinberg &Reis   180 N LaSalle St #240   Chicago, IL 60601

TOTAL: 45