Hearing Date: August 12, 2010
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 742
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| WASHINGTON, EARL | § | Case No. 09-10344 |
| WASHINGTON, TASYA AYESHA | § | |
| | § | Hon. Carol A. Doyle |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on August 12, 2010
in Courtroom   742, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth Gardner_____
                                        Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Chapter 7 |
|---|---|---|
| | § | |
| WASHINGTON, EARL | § | Case No. 09-10344 |
| WASHINGTON, TASYA AYESHA | § | |
| | § | Hon. Carol A. Doyle |
| Debtors | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 5,131.00 |
| *and approved disbursements of* | $ | 3.45 |
| *leaving a balance on hand of*[1] | $ | 5,127.55 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 1,263.09 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Fees:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 121,480.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | DISCOVER BANK | $ 16,060.20 | $ 510.90 |
| 000002 | CHASE BANK USA | $ 19,213.96 | $ 611.22 |
| 000003 | PYOD LLC, SUCCESSOR/ASSIGNEE CITIBANK | $ 5,482.04 | $ 174.39 |
| 000004 | AMER INFOSOURCE LP, AGENT FOR CACH | $ 9,750.09 | $ 310.16 |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 1,932.58 | $ 61.48 |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 58,066.93 | $ 1,847.18 |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 10,974.92 | $ 349.13 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**Notice Recipients**

District/Off: 0752−1         User: driddick         Date Created: 7/9/2010
Case: 09−10344              Form ID: pdf006        Total: 46

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
13696517    CACH, LLC
                                                                                            TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Earl Washington         18801 Avers Avenue         Flossmoor, IL 60422
jdb         Tasya Ayesha Washington         18801 Avers Avenue         Flossmoor, IL 60422
tr          Joseph A Baldi, Tr    Joseph Baldi &Associates    19 S Lasalle Street Suite 1500    Chicago, IL 60603
aty         Angie S Lee     Attorney Angie Lee LLC    4747 W. Lincoln Mall Drive    Suite 410    Matteson, Il 60443
13696513    ACL         PO Box 27901         Milwaukee, WI 53227
14196068    AMERICAN INFOSOURCE LP AS AGENT FOR         CACH LLC         PO Box 248838         Oklahoma City, OK 73124−8838
13696512    Account Recovery Service, Inc.         3031 N. 114th St.         Milwaukee, WI 53222
13696514    Advocate −South Suburban Hospital         17800 Kedzie Ave.         Attn: Billing         Hazel Crest, IL 60429
13696515    Bank of America         4060 Ogletown Stan         DES−019−03−07         Newark, DE 19713
13696516    CAC Financial Corp         2601 NW Expressway         Suite 100 East         Oklahoma City, OK 73112−7236
14017107    CHASE BANK USA         C O WEINSTEIN AND RILEY, PS         2001 WESTERN AVENUE, STE 400         SEATTLE, WA 98121
13696518    Capital One         Attn: General Correspondence         PO Box 30285         Salt Lake City, UT 84130−0289
13696519    Cardworks Servicing LLC         PO Box 23356         Pittsburgh, PA 15222
13696520    Central DuPage Hospital         25 N. Winfield Road         Winfield, IL 60190−1295
13696521    Chase         800 Brooksedge Blvd.         Westerville, OH 43081
13696522    Chase Manhattan Mortgage         Attn: Research Dept.         3415 Vision Dr.         Columbus, OH 43219
13696523    Citibank         701 E. 60th St. N         Sioux Falls, SD 57104
13696524    Coface Collections North America         PO Box 8510         Metairie, LA 70011−8510
13696525    Countrywide Home Lending         Attn: Litigation Intake, MS         AC−11B, 5220 Las Virgenes Rd.         Calabasas, CA 91302
13696526    Creditors Interchange         80 Holtz Drive         Buffalo, NY 14225
13957207    DISCOVER BANK         DFS Services LLC         PO Box 3025         New Albany, Ohio 43054−3025
13754667    DTE Energy         P O Box 740786         Cincinnati, OH 45274
13696527    Discover Financial Services LLC         PO Box 15316         Wilmington, DE 19850−5316
13696528    E*Trade HELOC         c/o CLC Consumer Services         PO Box 747054         Pittsburgh, PA 15274−7054
13696529    EMC Mortgage Corp         800 State Highway         121 BYP         Lewisville, TX 75067−4180
14213511    FIA CARD SERVICES, NA/BANK OF AMERICA         BY AMERICAN INFOSOURCE LP AS ITS AGENT         PO Box 248809         Oklahoma City, OK 73124−8809
13696530    Falso Solutions, LLC         1 First American Way         Westlake, TX 76262
13696531    Festive Resorts         One Vance Gap Road         Asheville, NC 28805
13696532    Fifth Third Bank         38 Fountain Square         Cincinnati, OH 45202
13696533    First Source Advantage         205 Bryant Woods South         Buffalo, NY 14228
13696534    Lender Ltd.         7789 East M−36         Whitmore Lake, MI 48189
13696535    Midwest Diagnostic Pathology, SC         75 Remittance Dr. Ste. 3070         Chicago, IL 60675−3070
13696536    Midwest Neoped Assoc., LTD         900 Jorie Blvd.         Suite 186         Oak Brook, IL 60523−3808
13696537    Nationwide Credit, Inc.         2015 Vaughn Rd.         Bld. 400         Kennesaw, GA 30144−7801
13696538    Ocwen Loan Servicing, LLC         12650 Ingenuity Dr.         Orlando, FL 32826
13696539    One Nation Financial         38707 7 Mile Road         Suite 195         Livonia, MI 48152
14028409    PYOD LLC its successors and assigns as assignee of         Citibank         c/o Resurgent Capital Services         PO Box 19008         Greenville, SC 29602−
13696540    Reproductive Health Associates         17850 S. Kedzie         Suite 100         Hazel Crest, IL 60429
13696541    Souma Diagnostics, Ltd.         c/o PBP         PO Box 11690         Chicago, IL 60611−1690
13696542    Sunrise Credit Services, Inc.         260 Airport Plaza         PO Box 9100         Farmingdale, NY 11735−9100
13696543    The CBE Group, Inc.         PO Box 2635         Waterloo, IA 50704−2635
13696544    Viking Collection Service         7500 Office Ridge Circle         Eden Prairie, MN 55344−3678
13754668    Village of Flossmoor         2800 Flossmoor Rd         Flossmoor, IL 60422
13696545    Wachovia Mortgage FSB         1100 Corporate Cen         Raleigh, NC 27607−5066
13696546    Weltman, Weinberg &Reis         180 N LaSalle St #240         Chicago, IL 60601
                                                                                            TOTAL: 45

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rmarola              Page 1 of 2                   Date Rcvd: Jul 13, 2010
Case: 09-10344                Form ID: pdf006            Total Noticed: 44


The following entities were noticed by first class mail on Jul 15, 2010.
db/jdb     +Earl Washington,   Tasya Ayesha Washington,   18801 Avers Avenue,    Flossmoor, IL 60422-1012
aty        +Angie S Lee,   Attorney Angie Lee LLC,   4747 W. Lincoln Mall Drive,    Suite 410,
             Matteson, Il 60443-3821
tr         +Joseph A Baldi, Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
             Chicago, IL 60603-1413
13696513   +ACL,   PO Box 27901,   Milwaukee, WI 53227-0901
13696514   +Advocate -South Suburban Hospital,   17800 Kedzie Ave.,   Attn: Billing,
             Hazel Crest, IL 60429-0989
13696515    Bank of America,   4060 Ogletown Stan,   DES-019-03-07,   Newark, DE 19713
13696516    CAC Financial Corp,   2601 NW Expressway,   Suite 100 East,   Oklahoma City, OK 73112-7236
14017107   +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
13696518   +Capital One,   Attn: General Correspondence,   PO Box 30285,   Salt Lake City, UT 84130-0285
13696519   +Cardworks Servicing LLC,   PO Box 23356,   Pittsburgh, PA 15222-6356
13696520    Central DuPage Hospital,   25 N. Winfield Road,   Winfield, IL 60190-1295
13696521   +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
13696522   +Chase Manhattan Mortgage,   Attn: Research Dept.,   3415 Vision Dr.,   Columbus, OH 43219-6009
13696523   +Citibank,   701 E. 60th St. N,   Sioux Falls, SD 57104-0493
13696524    Coface Collections North America,   PO Box 8510,   Metairie, LA 70011-8510
13696525    Countrywide Home Lending,   Attn: Litigation Intake, MS,   AC-11B, 5220 Las Virgenes Rd.,
             Calabasas, CA 91302
13696526   +Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
13696529    EMC Mortgage Corp,   800 State Highway,   121 BYP,   Lewisville, TX 75067-4180
13696528   +ETrade HELOC,   c/o CLC Consumer Services,   PO Box 747054,   Pittsburgh, PA 15274-7054
13696532  ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court: Fifth Third Bank,   38 Fountain Square,   Cincinnati, OH 45202)
13696530   +Falso Solutions, LLC,   1 First American Way,   Westlake, TX 76262-5310
13696531   +Festive Resorts,   One Vance Gap Road,   Asheville, NC 28805-1227
13696533   +First Source Advantage,   205 Bryant Woods South,   Buffalo, NY 14228-3609
13696534   +Lender Ltd.,   7789 East M-36,   Whitmore Lake, MI 48189-9715
13696535    Midwest Diagnostic Pathology, SC,   75 Remittance Dr. Ste. 3070,   Chicago, IL 60675-3070
13696536   +Midwest Neoped Assoc., LTD,   900 Jorie Blvd.,   Suite 186,   Oak Brook, IL 60523-3855
13696537    Nationwide Credit, Inc.,   2015 Vaughn Rd.,   Bld. 400,   Kennesaw, GA 30144-7801
13696538   +Ocwen Loan Servicing, LLC,   12650 Ingenuity Dr.,   Orlando, FL 32826-2703
13696539    One Nation Financial,   38707 7 Mile Road,   Suite 195,   Livonia, MI 48152
14028409   +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
13696540   +Reproductive Health Associates,   17850 S. Kedzie,   Suite 100,   Hazel Crest, IL 60429-2058
13696541   +Souma Diagnostics, Ltd.,   c/o PBP,   PO Box 11690,   Chicago, IL 60611-0690
13696542    Sunrise Credit Services, Inc.,   260 Airport Plaza,   PO Box 9100,   Farmingdale, NY 11735-9100
13696543    The CBE Group, Inc.,   PO Box 2635,   Waterloo, IA 50704-2635
13754668   +Village of Flossmoor,   2800 Flossmoor Rd,   Flossmoor, IL 60422-1186
13696545    Wachovia Mortgage FSB,   1100 Corporate Cen,   Raleigh, NC 27607-5066
13696546   +Weltman, Weinberg & Reis,   180 N LaSalle St #240,   Chicago, IL 60601-2501
The following entities were noticed by electronic transmission on Jul 13, 2010.
14196068    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2010 01:05:05
             AMERICAN INFOSOURCE LP AS AGENT FOR,   CACH LLC,   PO Box 248838,
             Oklahoma City, OK  73124-8838
13696512   +E-mail/Text: collect@arspif.com                            Account Recovery Service, Inc.,
             3031 N. 114th St.,   Milwaukee, WI 53222-4218
13957207    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 14 2010 01:05:18     DISCOVER BANK,
             DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
13696527    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 14 2010 01:05:18
             Discover Financial Services LLC,   PO Box 15316,   Wilmington, DE 19850-5316
13754667   +E-mail/Text: brupt1@dteenergy.com                          DTE Energy,   P O Box 740786,
             Cincinnati, OH 45274-0786
14213511    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2010 01:04:50
             FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
             Oklahoma City, OK  73124-8809
13696544   +E-mail/Text: tkealy@vikingservice.com                       Viking Collection Service,
             7500 Office Ridge Circle,   Eden Prairie, MN 55344-3782
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13696517     CACH, LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: rmarola              Page 2 of 2              Date Rcvd: Jul 13, 2010
Case: 09-10344                Form ID: pdf006            Total Noticed: 44
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 15, 2010**        **Signature:**    *Joseph Speetjens*