**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WASHINGTON, EARL | § | Case No. 09-10344 |
| WASHINGTON, TASYA AYESHA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 11,000.00 | Assets Exempt: 163,646.00 |
| Total Distributions to Claimants: 3,864.76 | Claims Discharged Without Payment: 229,878.96 |
| Total Expenses of Administration: 1,266.54 | |

3) Total gross receipts of $ 5,131.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 5,131.25 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 803,552.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,266.54 | 1,266.54 | 1,266.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 234,198.00 | 121,480.72 | 121,480.72 | 3,864.76 |
| **TOTAL DISBURSEMENTS** | $ 1,037,750.00 | $ 122,747.26 | $ 122,747.26 | $ 5,131.30 |

4) This case was originally filed under chapter 7 on 03/25/2009 . The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/06/2010 By:/s/Joseph A. Baldi, Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Expected 2008 tax refund | 1124-000 | 3,266.00 |
| Checking account at Park National Bank. | 1129-000 | 606.77 |
| Checking account at Marquette Bank. | 1129-000 | 207.86 |
| Savings account at NuMark Credit Union. | 1129-000 | 260.15 |
| 12 shares of YUM stock. | 1129-000 | 789.14 |
| Post-Petition Interest Deposits | 1270-000 | 1.33 |
| **TOTAL GROSS RECEIPTS** | | $ 5,131.25 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Manhattan Mortgage Attn: Research Dept. 3415 Vision Dr. Columbus, OH 43219 | | 154,021.00 | NA | NA | 0.00 |
| Countrywide Home Lending Attn: Litigation Intake, MS AC-11B, 5220 Las Virgenes Rd. Calabasas, CA 91302 | | 51,068.00 | NA | NA | 0.00 |
| E*Trade HELOC c/o CLC Consumer Services PO Box 747054 Pittsburgh, PA 15274-7054 | | 24,000.00 | NA | NA | 0.00 |
| EMC Mortgage Corp 800 State Highway 121 BYP Lewisville, TX 75067-4180 | | 51,392.00 | NA | NA | 0.00 |
| EMC Mortgage Corp 800 State Highway 121 BYP Lewisville, TX 75067-4180 | | 152,193.00 | NA | NA | 0.00 |
| Fifth Third Bank 38 Fountain Square Cincinnati, OH 45202 | | 6,964.00 | NA | NA | 0.00 |
| Ocwen Loan Servicing, LLC 12650 Ingenuity Dr. Orlando, FL 32826 | | 152,194.00 | NA | NA | 0.00 |
| Wachovia Mortgage FSB 1100 Corporate Cen Raleigh, NC 27607-5066 | | 211,720.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | $ 803,552.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 1,263.09 | 1,263.09 | 1,263.09 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 0.92 | 0.92 | 0.92 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 2.53 | 2.53 | 2.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,266.54 | $ 1,266.54 | $ 1,266.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ NA | $ NA | $ NA | $ NA |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Account Recovery Service, Inc. 3031 N. 114th St. Milwaukee, WI 53222 | | 91.00 | NA | NA | 0.00 |
| Bank of America 4060 Ogletown Stan DES-019-03-07 Newark, DE 19713 | | 5,102.00 | NA | NA | 0.00 |
| CAC Financial Corp 2601 NW Expressway Suite 100 East Oklahoma City, OK 73112-7236 | | 15,555.00 | NA | NA | 0.00 |
| Capital One Attn: General Correspondence PO Box 30285 Salt Lake City, UT 84130-0289 | | 11,000.00 | NA | NA | 0.00 |
| Cardworks Servicing LLC PO Box 23356 Pittsburgh, PA 15222 | | 2,718.00 | NA | NA | 0.00 |
| Chase 800 Brooksedge Blvd. Westerville, OH 43081 | | 10,111.00 | NA | NA | 0.00 |
| Chase 800 Brooksedge Blvd. Westerville, OH 43081 | | 10,971.00 | NA | NA | 0.00 |
| Citibank 701 E. 60th St. N Sioux Falls, SD 57104 | | 1,229.00 | NA | NA | 0.00 |
| Coface Collections North America PO Box 8510 Metairie, LA 70011-8510 | | 44,227.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditors Interchange 80 Holtz Drive Buffalo, NY 14225 | | 7,586.00 | NA | NA | 0.00 |
| DTE Energy PO Box 740786 Cincinnati, OH 45274-0786 | | 599.00 | NA | NA | 0.00 |
| Festive Resorts One Vance Gap Road Asheville, NC 28805 | | 0.00 | NA | NA | 0.00 |
| The CBE Group, Inc. PO Box 2635 Waterloo, IA 50704-2635 | | 2,551.00 | NA | NA | 0.00 |
| Village of Flossmoor 2800 Flossmoor Rd. Flossmoor, IL 60422 | | 523.00 | NA | NA | 0.00 |
| AMER INFOSOURCE LP AGENT FOR CACH | 7100-000 | 9,750.00 | 9,750.09 | 9,750.09 | 310.19 |
| CHASE BANK USA | 7100-000 | 19,214.00 | 19,213.96 | 19,213.96 | 611.27 |
| DISCOVER BANK | 7100-000 | 16,514.00 | 16,060.20 | 16,060.20 | 510.94 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 1,933.00 | 1,932.58 | 1,932.58 | 61.48 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 58,067.00 | 58,066.93 | 58,066.93 | 1,847.33 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 10,975.00 | 10,974.92 | 10,974.92 | 349.15 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC SUCCESSOR/ASSIGNS CITIBANK | 7100-000 | 5,482.00 | 5,482.04 | 5,482.04 | 174.40 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 234,198.00 | $ 121,480.72 | $ 121,480.72 | $ 3,864.76 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-10344 CAD Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | WASHINGTON, EARL<br>WASHINGTON, TASYA AYESHA | Date Filed (f) or Converted (c): | 03/25/09 (f) |
| | | 341(a) Meeting Date: | 05/01/09 |
| For Period Ending: | 10/06/10 | Claims Bar Date: | 08/19/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary residence at 18801 Avers Avenue, Flossmoor | 175,000.00 | 0.00 | | 0.00 | FA |
| 2. Rental property at 19355 Rutherford, Detroit, MI. | 73,000.00 | 0.00 | | 0.00 | FA |
| 3. Rental property at 14790 Liberal, Detroit, MI. Pur | 67,000.00 | 0.00 | | 0.00 | FA |
| 4. Rental property at 18640 Sawyer, Detroit, MI. Purc | 79,500.00 | 0.00 | | 0.00 | FA |
| 5. Rental property at 8 Whitewood, Homosassa, FL. Pur | 207,000.00 | 0.00 | | 0.00 | FA |
| 6. Rental property at 521 Ferguson, Humble, TX. Purch | 204,000.00 | 0.00 | | 0.00 | FA |
| 7. Rental property at 525 Ferguson, Humble, TX. Purch | 204,000.00 | 0.00 | | 0.00 | FA |
| 8. Timeshare with SilverLeaf Resorts, 18270 Singing W | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Timeshare with Silverleaf Resorts-Holiday Hills, 2 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Checking account at Park National Bank.<br>Debtors provided copy of bank statement as of petition date; turning over nonexempt proceeds to Trustee | 1,000.00 | 606.77 | | 606.77 | FA |
| 11. Checking account at Marquette Bank.<br>Debtors provided copy of bank statement as of petition date; turning over nonexempt proceeds to Trustee | 1,200.00 | 207.86 | | 207.86 | FA |
| 12. Savings account at NuMark Credit Union.<br>Debtors provided copy of bank statement as of petition date; turning over nonexempt proceeds to Trustee | 500.00 | 260.15 | | 260.15 | FA |
| 13. Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 14. Life insurance through Husband's Employer | 0.00 | 0.00 | | 0.00 | FA |
| 15. 401(k) through Husband's Employer | 124,146.00 | 0.00 | | 0.00 | FA |
| 16. 12 shares of YUM stock.<br>stock liquidated and proceeds turned over to Trustee | 500.00 | 500.00 | | 789.14 | FA |
| 17. Expected 2008 tax refund<br>Non-exempt proceeds of 2008 tax refunds turned over by Debtor | 5,000.00 | 3,266.00 | | 3,266.00 | FA |
| 18. 1997 Ford Taurus. 166,000 miles. | 1,500.00 | 0.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**


Exhibit 8

Case No: 09-10344 CAD Judge: Carol A. Doyle
Case Name: WASHINGTON, EARL
WASHINGTON, TASYA AYESHA

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 03/25/09 (f)
341(a) Meeting Date: 05/01/09
Claims Bar Date: 08/19/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. 2005 Dodge Caravan. 122,000 miles. | 5,000.00 | 0.00 | | 0.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.38 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,161,346.00 | $4,840.78 | | $5,131.30 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Obtained turnover of tax refund; Paid debtor exemption in same. Reviewing information on Branson timeshare. Did not hire counsel. Bar date expired 8/19/09. Trustee identified additional nonexempt assets; received turnover of stock account; Trustee obtained turnover of non-exempt funds in bank account; conferred with accountant re Estate tax returns; preparing TFR

Initial Projected Date of Final Report (TFR): 09/30/10 Current Projected Date of Final Report (TFR): 09/30/10

FORM 2

Page: 1

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-10344 -CAD

Case Name: WASHINGTON, EARL
WASHINGTON, TASYA AYESHA

Taxpayer ID No: *******5286

For Period Ending: 10/06/10

Trustee Name: Joseph A. Baldi, Trustee

Bank Name: Bank of America, N.A.

Account Number / CD #: *******6147 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00

Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C 05/12/09 | 17 | Earl & Ayesha Washington<br>18801 Aver Avenue<br>Flossmoor, IL 60422 | Income Tax Refund | 1124-000 | 3,266.00 | | 3,266.00 |
| C 05/29/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 3,266.03 |
| C 06/30/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,266.12 |
| C 07/31/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,266.20 |
| C 08/31/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,266.28 |
| C 09/30/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,266.36 |
| C 10/30/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,266.44 |
| C 11/30/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,266.52 |
| C 12/31/09 | 16 | Ayesha Washington<br>Marquette Bank Cashier's Check | Proceeds of Sale of Stock | 1129-000 | 789.14 | | 4,055.66 |
| C 12/31/09 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 4,055.74 |
| C 01/29/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 4,055.83 |
| C 02/26/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 4,055.92 |
| C t 03/03/10 | | Transfer to Acct #*******6309 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | 9999-000 | | 0.92 | 4,055.00 |
| C t 03/04/10 | | Transfer to Acct #*******6309 | Bank Funds Transfer | 9999-000 | | 2.53 | 4,052.47 |
| C 03/31/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,052.58 |
| C 04/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,052.68 |
| C 05/28/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 4,052.77 |
| C 06/08/10 | * NOTE * | EARL WASHINGTON<br>18801 Avers Ave.<br>Flossmoor, Il 60422 | Proceeds of Debtor's Accounts<br><br>* NOTE * Properties 10, 11, 12 | 1129-000 | 1,074.78 | | 5,127.55 |
| C 06/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,127.67 |
| C 07/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,127.80 |
| C 08/12/10 | 20 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 9999-000 | 0.05 | | 5,127.85 |
| C t 08/12/10 | | Transfer to Acct #*******6309 | Final Posting Transfer<br>Transfer funds for final distribution. ecbAugust 12, 2010, 04:57 pm | 9999-000 | | 5,127.85 | 0.00 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-10344 -CAD
Case Name: WASHINGTON, EARL
WASHINGTON, TASYA AYESHA
Taxpayer ID No: *******5286
For Period Ending: 10/06/10

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6147 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******6147

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 3 | Deposits | 5,129.92 | 0 | Checks | | 0.00 |
| 16 | Interest Postings | 1.38 | 0 | Adjustments Out | | 0.00 |
| | | | 3 | Transfers Out | | 5,131.30 |
| | Subtotal | $ 5,131.30 | | | | |
| | | | | Total | $ | 5,131.30 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ 5,131.30 | | | | |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-10344 -CAD
Case Name: WASHINGTON, EARL
WASHINGTON, TASYA AYESHA
Taxpayer ID No: *******5286
For Period Ending: 10/06/10

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6309 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 03/03/10 | | Transfer from Acct #*******6147 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | 9999-000 | 0.92 | | 0.92 |
| C 03/03/10 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment - 2010 | 2300-000 | | 0.92 | 0.00 |
| C t 03/04/10 | | Transfer from Acct #*******6147 | Bank Funds Transfer | 9999-000 | 2.53 | | 2.53 |
| C 03/04/10 | 001002 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment (2nd Check)<br>Balance Owing on 2010 annual premium<br>Bond # 016026455 | 2300-000 | | 2.53 | 0.00 |
| C t 08/12/10 | | Transfer from Acct #*******6147 | Transfer In From MMA Account<br>Transfer funds for final distribution. ecbAugust 12, 2010, 04:57 pm | 9999-000 | 5,127.85 | | 5,127.85 |
| C 08/12/10 | 001003 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 1,263.09 | 3,864.76 |
| C 08/12/10 | 001004 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000001, Payment 3.18% | 7100-000 | | 510.94 | 3,353.82 |
| C 08/12/10 | 001005 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000002, Payment 3.18% | 7100-000 | | 611.27 | 2,742.55 |
| C 08/12/10 | 001006 | PYOD LLC, SUCCESSOR/ASSIGNEE CITIBANK<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000003, Payment 3.18% | 7100-000 | | 174.40 | 2,568.15 |
| C 08/12/10 | 001007 | AMER INFOSOURCE LP, AGENT FOR CACH | Claim 000004, Payment 3.18% | 7100-000 | | 310.19 | 2,257.96 |

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-10344 -CAD
Case Name: WASHINGTON, EARL
WASHINGTON, TASYA AYESHA
Taxpayer ID No: *******5286
For Period Ending: 10/06/10

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6309 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CACH LLC<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | | | | | |
| C 08/12/10 | 001008 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000005, Payment 3.18% | 7100-000 | | 61.48 | 2,196.48 |
| C 08/12/10 | 001009 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000006, Payment 3.18% | 7100-000 | | 1,847.33 | 349.15 |
| C 08/12/10 | 001010 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000007, Payment 3.18% | 7100-000 | | 349.15 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******6309

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 10 | Checks | 5,131.30 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 5,131.30 |
| 0 | Adjustments In | 0.00 | | | |
| 3 | Transfers In | 5,131.30 | | | |
| | Total | $ 5,131.30 | | | |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-10344 -CAD
Case Name: WASHINGTON, EARL
WASHINGTON, TASYA AYESHA
Taxpayer ID No: *******5286
For Period Ending: 10/06/10

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6309 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | | 0.00 | | | |
| 3 | Deposits | | 5,129.92 | 10 | Checks | 5,131.30 |
| 16 | Interest Postings | | 1.38 | 0 | Adjustments Out | 0.00 |
| | | | | 3 | Transfers Out | 5,131.30 |
| | Subtotal | $ | 5,131.30 | | | |
| | | | | | Total | $ 10,262.60 |
| 0 | Adjustments In | | 0.00 | | | |
| 3 | Transfers In | | 5,131.30 | | | |
| | Total | $ | 10,262.60 | | Net Total Balance | $ 0.00 |